**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL DWAYNE VIRDELL, JR.,<br>Plaintiff,<br>v.<br>CITY OF ETNA, et al.,<br>Defendants. | No. 2:26-cv-2147-DAD-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. No opposition to the pending motion to dismiss has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for October 28, 2026, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE